IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WAYNEDELL CARR,
      Plaintiff,

vs.                                    Case No.:  3:11cv393/RV/CJK

SANTA ROSA CORRECTIONAL
STAFF, et al.,
      Defendants.

---

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  Plaintiff commenced this civil rights action on August 25, 2011, by filing a complaint under 42 U.S.C. § 1983.  (Doc. 1)  Plaintiff failed to pay the filing fee or include a motion to proceed *in forma pauperis* and was given thirty (30) days in which to do so.  (Doc. 3)  Plaintiff timely filed a motion for leave to proceed *in forma pauperis*.  (Doc. 4)  Plaintiff, however, failed to include a prisoner consent form or trust account statement and was given another thirty (30) days in which to do so, or to pay the filing fee.  (Doc. 5)  Having received no response from plaintiff, the court issued a show cause order giving plaintiff fourteen (14) days to show cause why this case should not be dismissed for failure to prosecute and failure to comply with an order of the court.  (Doc. 6)  To date, plaintiff has failed to comply or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1.     That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2.     That all pending motions be DENIED as moot.

3.     That the clerk be directed to close the file.

DONE AND ORDERED this 30th day of January, 2012.


/s/ *Charles J. Kahn, Jr.*

CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE


## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).